IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

DAVID G. PRICE, )
)
        Petitioner, )
)
v. ) Case No. CIV-09-958-R
)
H. A. LEDEZMA, Warden, )
)
        Respondent. )

## ORDER

Before the Court are the Report and Recommendation of United States Magistrate Judge Valerie K. Couch [Doc. No. 10] and Petitioner's Motion by David G. Price for Voluntary Dismissal of Action Pursuant to Federal Rules of Civil Procedure Rule 41 [Doc. No. 11]. Petitioner has advised the Court that he concurs with the recommendation of the Magistrate Judge. Therefore, the Report and Recommendation is ADOPTED in its entirety and this matter is DISMISSED without prejudice.

IT IS SO ORDERED this 16th day of December, 2009.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE